UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TERRENCE TERRELL MOORE,

          Plaintiff,                Case No. 2:26-cv-11203

v.                                 Hon. Brandy R. McMillion
                                 United States District Judge

NICHOLS, *et al.*,

          Defendants.
_____/

### OPINION AND ORDER SUMMARILY DISMISSING CASE

This case comes before the Court on transfer from the United States District Court for the Western District of Michigan. Plaintiff Terrence Terrell Moore is in the custody of the Michigan Department of Corrections, currently incarcerated at the Saginaw Correctional Facility in Freeland, Michigan. He has filed a *pro se* civil rights complaint alleging claims of retaliatory transfer and denial of access to the courts that occurred at the Macomb Correctional Facility. *See* ECF No. 1. Because Moore has been enjoined from filing lawsuits in this Court without first obtaining leave from the Chief Judge, and such leave has not been requested, the Court dismisses the Complaint.

On March 23, 2015, United States District Judge Arthur J. Tarnow enjoined Moore "from filing any new actions in the United States District Court for the Eastern District of Michigan without first applying for and receiving a court order

from the Chief Judge authorizing the filing of such lawsuit." *See Moore v. Hartley*, No. 2:09-cv-13536 (E.D. Mich. Mar. 23, 2015).  Moore has not alleged or demonstrated that he received permission from the Chief Judge of this District to file this lawsuit.  Therefore, the Court finds that Moore is barred from initiating this action and dismisses the Complaint.

**IT IS HEREBY ORDERED THAT** the Complaint (ECF No. 1) is **DISMISSED**.  The Court concludes that an appeal from this order cannot be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

*This is a final order that closes this case*

**IT IS SO ORDERED.**

Dated: April 16, 2026                      s/Brandy R. McMillion
     Detroit, Michigan                   HON. BRANDY R. MCMILLION
                                    United States District Judge